IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD W. SCANTLING, JR.                                                    PLAINTIFF

v.                          CIVIL NO. 2:19-cv-02018-MEF

ANDREW M. SAUL, Commissioner,
Social Security Administration                                              DEFENDANT

## **JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion and Order, Defendant's Motion to Dismiss is hereby granted and the clerk is ordered to dismiss the Plaintiff's Complaint with prejudice.

IT IS SO ORDERED on this the 26th day of July, 2019.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE